IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF GEORGIA

IN RE:
Maurice Lake                                    *    CHAPTER 13
Constance Lake                                  *    CASE NO. 09-71451
    Debtor.

**MOTION TO MODIFY CHAPTER 13 PLAN AFTER CONFIRMATION**

COME NOW the Debtor(s) under the authority of Section 1329 of the Bankruptcy Codes and files this Modification of his/her/their Plan and respectfully shows:

1.

The Debtor(s) Chapter 13 Plan was confirmed on or about February 11, 2010. His/Her/Their current monthly chapter 13 payment is $654.00.

2.

The Debtor(s) propose(s) the following:

a)    To pay the student loans direct.

The Debtors monthly plan payment shall be $654.00 monthly upon signed Order Confirming Modified Plan.

WHEREFORE, the Debtor(s) pray that this Motion be granted.

Respectfully submitted this 26th day of July, 2017.

/s/ William Woodall
William Woodall
Attorney for Debtors

1003 N. Patterson St.
P.O. Box 3335
Valdosta, GA 31604-3335
(229) 247-1211
Georgia Bar No. 775043

IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF GEORGIA

IN RE:
Maurice Lake                           *         CHAPTER 13
Constance Lake                         *         CASE NO. 09-71451
    Debtor.

## NOTICE

Maurice & Constance Lake have filed with the Court a Motion for Modification After Confirmation.

**YOUR RIGHTS MAY BE AFFECTED. You should read these documents carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.** If not served with this notice in accordance with the Bankruptcy Code or the Federal Rules of Bankruptcy Procedure, a copy of the Motion may be obtained upon written request to counsel for the Movant (identified below) or at the Clerk's Office.

If you do not want the court to grant the Motion for Modification After Confirmation or if you want the Court to consider your views on the a Motion for Modification After Confirmation, then you or your attorney must file with the Court a written objection or response for a hearing on or before
**August 16 ,2017** plus an addition three (3) days if served by mail. The objection or response should be sent to:

Clerk, U.S. Bankruptcy Court
Middle District of Georgia
P.O. Box 2147
Columbus, GA 31902

**If an objection or response is filed, a hearing on the Motion shall be held on:**

**September 20, 2017 at 8:30 a.m.**
**U.S. Bankruptcy Court, Post Office Building, N. Patterson St., Valdosta, GA 31601**

If you mail your response or objection to the court for filing, you shall send it early enough so the court will **receive** the objection or response on or before the response date stated above.

Any response or objection shall also be served on the movant.

**If you or you attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting relief.**

This notice is sen by the undersigned pursuant to LBR 9004.

CERTIFICATE OF SERVICE
I certify that I have, this 26th day of July, 2017, served a copy of the foregoing Notice and Motion for Modification After Confirmation on each and every creditor listed on the attached mailing matrix via electronic filing or by depositing the same in the U.S. Mail in a properly addressed envelope with first class postage affixed thereon to insure delivery.

/s/ Orson Woodall
Orson Woodall, Attorney for Debtor

1003 N. Patterson St.
P.O. Box 3335
Valdosta, GA 31604-3335
(229) 247-1211
Georgia Bar No. 775040

Label Matrix for local noticing
113G-7
Case 09-71451
Middle District of Georgia
Valdosta
Wed Jul 26 11:05:48 EDT 2017

Army and Air Force Exchange Service
P.O. Box 200003
El Paso, TX 88520

B-Line, LLC
P.O. Box 91121
Dept. 550
SEATTLE, WA 98111-9221

Capital One, N.A.
Bass & Associates, P.C.
3936 E. Ft. Lowell Rd, Suite #200
Tucson, AZ 85712-1083

ECMC
P.O. Box 75906
Saint Paul, MN 55175

East Bay Funding, LLC
c/o Resurgent Capital Services
PO Box 288
GREENVILLE, SC 29602-0288

GA DHS, Division of Child Support Services
Tifton Judicial Circuit
P.O. Box 7610
Tifton, GA 31793-7610

HSBC Bank Nevada, N.A.
Bass & Associates, P.C.
3936 E. Ft. Lowell Rd., Ste. 200
Tucson, AZ 85712-1083

McDonald, Cody & Cook, LLC
PO Box 396
Cornelia, GA 30531-1004

National Capital Management, LLC
8245 Tournament Drive, Suite 230
Memphis, TN 38125-1741

PRA Receivables Management LLC
POB 41067
Norfolk, VA 23541-1067

Roundup Funding, LLC
MS 550
PO Box 91121
Seattle, WA 98111-9221

U.S. Trustee - MAC
440 Martin Luther King Jr. Boulevard
Suite 302
Macon, GA 31201-7987

USAA
P.O. Box 829009
Dallas, TX 75382-9009

(p)W S BADCOCK CORPORATION
POST OFFICE BOX 724
MULBERRY FL 33860-0724

eCAST Settlement Corporation
c/o Bass & Associates, P.C.
3936 E Ft. Lowell, Suite 200
TUCSON, AZ 85712-1083

7
901 Front Avenue
P.O. Box 2147
Columbus, GA 31902-2147

CitiFinancial Inc
P.O. Box 140489
Irving, TX 75014-0489

1st Franklin Financial Corp.
P.O. Box 1229
Douglas, Georgia 31534-1229

AAA FINANCE COMPANY
302 W BROAD AVE
ALBANY, GA 31701-2569

(p)CREDITORS BANKRUPTCY SERVICE
PO BOX 800849
DALLAS TX 75380-0849

BP
P.O. Box 15298
Wilmington, DE 19850-5298

Bank of America
Credit Card Bankruptcy Dept.
P.O. Box 970
Norfolk, VA 23501-0970

CAPITAL ONE BANK USA, N.A.
BY AMERICAN INFOSOURCE LP AS AGENT
PO Box 71083
Charlotte, NC 28272-1083

CR Evergreen, LLC
MS 550
PO Box 91121
Seattle, WA 98111-9221

Capital One
P.O. Box 70884
Charlotte, NC 28272-0884

Capital One Bank USA, N.A.
PO Box 71083
Charlotte, NC 28272-1083

Capital One, N.A.
Bass & Associates, P.C.
3936 E. Ft. Lowell Rd., Suite 200
Tucson, AZ 85712-1083

Chase Bank USA, N.A. by eCAST Settlement
Corporation, as its agent
POB 35480
Newark, NJ 07193-5480

Citgo
Processing Center
Des Moines, IA 50362-0001

| | | |
|---|---|---|
| Citi Cards<br>P.O. Box 688914<br>Des Moines, IA 50368-8914 | Citifinancial<br>708 S Grant St<br>Ste 11<br>Fitzgerald, GA 31750-5707 | Client Services, Inc<br>3451 Harry Truman Blvd<br>Saint Charles, MO 63301-9816 |
| (p)DELL FINANCIAL SERVICES<br>P O BOX 81577<br>AUSTIN TX 78708-1577 | Dell Financial Services L.L.C.<br>c/o Resurgent Capital Services<br>PO Box 10390<br>Greenville, SC 29603-0390 | Educational Credit Management Corp.<br>Lockbox #8682<br>P.O. Box 16478<br>St. Paul, MN 55116-0478 |
| Educational Credit Management Corp.<br>P.O. Box 16478<br>St. Paul, MN 55116-0478 | Encore Receivable Management, Inc.<br>P.O. Box 3330<br>Olathe, KS 66063-3330 | FIA Card Services NA aka Bank of America<br>By PRA Receivables Management, LLC<br>PO Box 12907<br>Norfolk VA 23541-0907 |
| Fidelity National Bank<br>P.O. Box 15153<br>Wilmington, DE 19886-5153 | First Franklin<br>1351 Bowens Mill Rd SE<br>Ste B<br>Douglas, GA 31533-1532 | GA DHS, Division of Child Support Services<br>c/o Elizabeth Gibbs<br>P.O. Box 7610<br>Tifton, GA 31793-7610 |
| Georgia Student Finance Authority<br>2082 East Exchange Place<br>Tucker, GA 30084-5334 | Goody's<br>P.O. Box 2987<br>Shawnee Mission, KS 66201-1387 | Home Depot<br>P.O. Box 689100<br>Des Moines, IA 50368-9100 |
| (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | Juniper<br>125 SW St.<br>Wilmington, DE 19801-5014 | K. Todd Butler, P.C.<br>P.O. Box 668<br>Cairo, GA 39828-0668 |
| Leading Edge Recovery Solutions, LLC<br>5440 N Cumberland Ave<br>Ste 300<br>Chicago, IL 60656-1486 | Military Exchange<br>Bankruptcy Department<br>PO Box 650038<br>Dallas, TX 75265-0038 | NCO Financial System<br>P.O. Box 4932<br>Trenton, NJ 08650-4932 |
| National Capital Management, LLC.<br>8245 Tournament Drive<br>Suite 230<br>Memphis, TN 38125<br>USA 38125-1741 | New York and Co.<br>P.O. Box 182125<br>Columbus, OH 43218-2125 | OPHRYS, LLC<br>C O WEINSTEIN AND RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121-3132 |
| PRA Receivables Management, LLC<br>As Agent Of Portfolio Recovery Assocs.<br>c/o Citg Consumer<br>POB 41067<br>NORFOLK VA 23541-1067 | PRA Receivables Management, LLC<br>As Agent Of Portfolio Recovery Assocs.<br>c/o Citibank<br>POB 41067<br>NORFOLK VA 23541-1067 | PRA Receivables Management, LLC<br>As Agent Of Portfolio Recovery Assocs.<br>c/o GE MONEY BANK<br>POB 41067<br>NORFOLK VA 23541-1067 |
| PRA Receivables Management, LLC<br>As Agent Of Portfolio Recovery Assocs.<br>c/o Paypal Buyer Credit<br>POB 41067<br>NORFOLK VA 23541-1067 | PRA Receivables Management, LLC<br>As Agent Of Portfolio Recovery Assocs.<br>c/o Sams Club<br>POB 41067<br>NORFOLK VA 23541-1067 | PRA Receivables Management, LLC<br>As Agent Of Portfolio Recovery Assocs.<br>c/o Shell<br>POB 41067<br>NORFOLK VA 23541-1067 |

PRA Receivables Management, LLC
As Agent Of Portfolio Recovery Assocs.
c/o The Home Depot
POB 41067
NORFOLK VA 23541-1067

PRA Receivables Management, LLC
As Agent Of Portfolio Recovery Assocs.
c/o Belk
POB 41067
NORFOLK VA 23541-1067

Pay Pal Plus
P.O. Box 981064
El Paso, TX 79998-1064

Planters First Bank
120 4th Street
Ocilla, GA 31774-1541

Polaris
Dept 7680
90 Christina Rd
New Castle, DE 19720-3118

(p)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

Sallie Mae Inc. on behalf of
United Student Aid Funds, Inc.
Attn: Bankruptcy Litigation Unit E3149
P.O. Box 9430
Wilkes-Barre, PA 18773-9430

Sams Club
P.O. Box 530942
Atlanta, GA 30353-0942

Shell
P.O. Box 2463
Houston, TX 77252-2463

TARGET NATIONAL BANK
C O WEINSTEIN AND RILEY, PS
2001 WESTERN AVENUE, STE 400
SEATTLE, WA 98121-3132

Target
c/o Retailers National Bank
3701 Wayzata Bvld.
Minneapolis, MN 55416-3401

Turners Fine Furniture
707 2nd Street
Tifton, GA 31794-4298

US Attorney General
Room 5111, Main Justice Bldg.
10th & Constitution Ave.
Washington, DC 20530-0001

USAA
980 Fredericksburg Road
San Antonio, TX 78288-0001

Union Credit Albany
414 N. Westover Blvd.
Ste. A
Albany, GA 31707-2102

United States Attorney's Office
P.O. Box 1702
Macon, GA 31202-1702

Washington Mutual Bank
P.O. Box 99604
Arlington, TX 76096-9604

Wells Fargo Bank
P.O. Box 6429
Carol Stream, IL 60197-6429

Wells Fargo Bank NA
4137 121st Street
Urbandale IA 50323-2310

Wells Fargo Financial National Bank
4137 121st Street
Urbandale, IA 50323-2310

World Finance Corp
113 E 4th St.
Ocilla, GA 31774-1542

Wyndham Vacation Resorts, Inc
PO BOX 97474
LAS VEGAS, NV 89193-7474

eCAST Settlement Corporation
POB 35480
Newark, NJ 07193-5480

Constance LaTonya Lake
330 Cargile Rd.
Ocilla, GA 31774-3640

K. Todd Butler
P.O. Box 668
Cairo, GA 39828-0668

Kristin Hurst
Office of the Chapter 13 Trustee
P.O. Box 1907
Columbus, GA 31902-1907

Maurice Dion Lake
330 Cargile Rd.
Ocilla, GA 31774-3640

William Orson Woodall
Woodall and Woodall
P.O. Box 3335
1003 Patterson Street
Valdosta, GA 31601-3918

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

W. S. Badcock, Corp.
P. O. Box 232
Mulberry, FL 33860

AAFES/MIL STAR/EXCHANGE
C/O Creditors Bankruptcy Service
P.O. Box 740933
Dallas, TX 75374

Dell Financial Services
P.O. Box 6403
Carol Stream, IL 60197-6403

Internal Revenue Service
Centralized Insolvency Operations
P.O. Box 21126
Philadelphia, PA 19114-0326

Portfolio Recovery Associates
PO BOX 41067
Norfolk VA 23451

(d)Portfolio Recovery Associates, LLC
PO Box 41067
Norfolk VA 23541

(d)Portfolio Recovery Associates, LLC
POB 41067
Norfolk, VA 23541

(d)W. S. Badcock, Corp.
P. O. Box 232
Mulberry, FL. 33860

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)AAA Finance
302 W. Broad Ave.
Albany, GA 31701-2569

(d)B-Line, LLC
P.O. Box 91121
Dept. 550
Seattle, WA 98111-9221

(d)East Bay Funding, LLC
c/o Resurgent Capital Services
PO Box 288
Greenville, SC 29602-0288

(d)HSBC Bank Nevada, N.A.
Bass & Associates, P.C.
3936 E. Ft. Lowell Rd., Suite 200
Tucson, AZ 85712-1083

(d)Roundup Funding, LLC
MS 550
PO Box 91121
Seattle, WA 98111-9221

(d)USAA
PO Box 829009
Dallas, TX 75382-9009

(d)eCAST Settlement Corporation
c/o Bass & Associates, P.C.
3936 E Ft. Lowell, Suite 200
Tucson, AZ 85712-1083

End of Label Matrix
Mailable recipients    87
Bypassed recipients     7
Total                  94